**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__ 3/25/2022 __
```

**SAMUEL TALLER,**

**Plaintiff,**                                           **22-CV-01915 (PAE)(SN)**

**-against-**                                            **ORDER**

**METLIFE GROUP, INC.,**

**Defendant.**

-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

 If Plaintiff Samuel Taller intends to proceed *pro se*, he should file a notice of *pro se*

appearance as soon as possible. The form is available at: https://www.nysd.uscourts.gov/sites/

default/files/2018-06/Notice%20of%20Prose%20Appearance.pdf.

The Plaintiff is also encouraged to consent to electronic service. The form is available at

https://www.nysd.uscourts.gov/forms/consent-electronic-service-pro-se-cases . Both forms are

also attached to this order.

If Plaintiff has additional questions, he is encouraged to contact the pro se office at

(212) 805-0175 during normal business hours, 8:30 a.m. – 5:00 p.m., Monday – Friday.

The Clerk of Court is respectfully directed to mail a copy of this Order to the address

listed below.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      New York, New York
            March 25, 2022

2

Sam Taller
3601 Waldo Avenue
Bronx, New York 10463

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |
|---|
|  |
|  |

                              Plaintiff(s),

              -against-

|  |
|---|
|  |
|  |

                              Defendant(s).

Docket No: _____CV_____(      )(      )

NOTICE OF PRO SE APPEARANCE

I hereby enter an appearance on my own behalf in this action and request:

(please check one option below)

☐ that all future correspondence be mailed to me at the address below, or

☐ that all future correspondence be e-mailed to me at the e-mail address below. I have
     completed the attached Consent to Electronic Service.

I understand that if my address or e-mail address changes, I must immediately notify the Court
and all parties.

☐ Plaintiff
☐ Defendant

_____
Name (Last, First, MI)


_____
Address              City                  State                  Zip Code


_____
Telephone Number                      e-mail address


_____
Date                                  Signature

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

Please list all your pending and terminated cases to which you would like this consent to apply. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

_____
Name (Last, First, MI)

_____
Address          City          State          Zip Code

_____
Telephone Number          E-mail Address

_____
Date          Signature

**Click Here to Save**