UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SAMUEL TALLER,

                              Plaintiff,                              22-CV-01915 (PAE)(SN)

      -against-                                                   **ORDER**

METLIFE GROUP INC., et al.,

                              Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On May 9, 2022, *pro se* Plaintiff filed his Amended Complaint and Opposition to Defendants' Petition for Removal. Defendants shall reply to Plaintiff's Opposition to Removal and answer, move, or otherwise respond to Plaintiff's Amended Complaint by no later than May 31, 2022.

**SO ORDERED.**

                                                               SARAH NETBURN
                                                               United States Magistrate Judge

DATED:    New York, New York
                May 10, 2022