UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SAMUEL TALLER,

                              **Plaintiff,**                      22-CV-01915 (PAE)(SN)

   -against-                                                **ORDER**

METLIFE GROUP INC., et al.,

                              **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      A call is scheduled for Wednesday, May 25, 2022, at 2:00 p.m. to discuss the issues raised in the parties' letters to the Court. See ECF Nos. 29 & 30. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

                                                               _____
                                                              SARAH NETBURN
                                                               United States Magistrate Judge

DATED:      New York, New York
                 May 23, 2022