UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SAMUEL TALLER,

                Plaintiff,

-against-

METLIFE GROUP INC., et al.,

                Defendants.

-----------------------------------------------------------------X

22-CV-01915 (PAE)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    Plaintiff shall file his opposition to Defendants' motion to dismiss by no later than July 11, 2022. Defendants' reply, if any, shall be filed by July 25, 2022.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
                June 14, 2022