UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SAMUEL TALLER,

                              Plaintiff,

        -against-

METLIFE GROUP, INC., et al.,

                             Defendants.

-------------------------------------------------------------X

22-CV-01915 (PAE)(SN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/2023

**SARAH NETBURN, United States Magistrate Judge:**

        On February 1, 2023, the Honorable Paul A. Engelmayer granted Defendants' motion to dismiss and dismissed the complaint without prejudice to allow *pro se* Plaintiff to amend his complaint and allege proper claims. ECF No. 52. More than 60 days have elapsed since Plaintiff was permitted to file an amended complaint and he has not done so. Accordingly, Plaintiff is directed to file any amended complaint by no later than May 1, 2023. If Plaintiff does not do so, the Court will close this case.

**SO ORDERED.**

                                                                         SARAH NETBURN
                                                                       United States Magistrate Judge

DATED:      April 17, 2023
               New York, New York