UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAMUEL TALLER,

                             Plaintiff,

       -v-

METLIFE GROUP INC. ET AL.,

                            Defendants.

22 Civ. 1915 (PAE) (SN)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    On February 1, 2023, the Court granted defendants' motion to dismiss and dismissed plaintiff's complaint without prejudice to plaintiff amending his complaint to allege proper, non-preempted claims. Dkt. 52. On April 17, 2023, after plaintiff had not filed an amended complaint, the Honorable Sarah Netburn, United States Magistrate Judge, directed plaintiff to file any amended complaint no later than May 1, 2023. Dkt. 53.

    Plaintiff has not filed an amended complaint or taken any other action in this case. Accordingly, the Court respectfully directs the Clerk of Court to close this case and mail a copy of this order to plaintiff at the address on file.

    SO ORDERED.

                                                             *Paul A. Engelmayer*
                                                       PAUL A. ENGELMAYER
                                                       United States District Judge

Dated: May 5, 2023
       New York, New York